ADAM PAUL LAXALT
    Attorney General
JARED M. FROST (Bar No. 11132)
    Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendant Flores-Nava*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>                Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                Defendants. | Case No. 2:16-cv-00108-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, Rickie Slaughter, Plaintiff *Pro Se*, and Defendant Miguel Flores-Nava, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, Jared M. Frost, Senior Deputy Attorney General, that the

///
///
///
///
///
///

above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

DATED October 10th, 2016.              DATED October 13, 2016.

                                                    ADAM PAUL LAXALT
                                                    Attorney General

_____            By: _____
Rickie Slaughter                                Jared M. Frost
                                                Senior Deputy Attorney General
*Plaintiff Pro Se*                              Office of the Nevada Attorney General
                                                555 E. Washington Avenue, Suite 3900
                                                Las Vegas, Nevada 89101

                                                    *Attorneys for Defendants*

## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: October 14, 2016.

_____
UNITED STATES DISTRICT JUDGE